No. 72–242.  HANLY ET AL. v. KLEINDIENST, ATTORNEY GENERAL, ET AL.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–295.  LEBLANC ET AL. v. SOUTHERN BELL TELEPHONE & TELEGRAPH CO. ET AL.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–309.  SANDLER v. NATIONAL DIRECTOR OF SELECTIVE SERVICE ET AL.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–316.  AZZONE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–330.  CAREY ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5001.  JONES v. HASKINS, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5031.  CLINTON, ADMINISTRATRIX v. INGRAM CORP.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5039.  BISNO v. MARTIN, DIRECTOR, CALIFORNIA DEPARTMENT OF SOCIAL WELFARE.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.